JUL 2 6 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1 4:23 CR 355 SRC JSD ) |
| RONNIE ADAM FOSTER, | ) **FILED UNDER SEAL** ) |
| Defendant. | ) |

## UNITED STATES OF AMERICA'S MOTION FOR DETENTION

COMES NOW the United States Attorney for the Eastern District of Missouri, and Ashley Walker, Assistant United States Attorneys for said District, and moves the Court to order Mekayla Johann detained pending the disposition of this matter, pursuant to Title 18, United States Code, 5032, et seq., and further requests a detention hearing be held on this matter.

As and for its grounds, the United States of America states as follows:

1. The Defendant is charged with Conspiracy to Commit a Hobbs Act Robbery, a Hobbs Act Robbery resulting in death, in violation of Title 18, United States Code, Sections 1951(a), discharging a firearm in furtherance of a crime of violence, and discharging a firearm in furtherance of a crime of violence resulting in death, in violation of Title 18, United States Code, Sections 924(c) and (j), and 2. Pursuant to Title 18, United States Code, Section 3142(e)(3)(B), the rebuttable presumption of detention applies because the Defendant has been charged with violations of 18 U.S.C. §924(c).

2. The facts surrounding this case include but are not limited to, the defendants discussed a plan to rob the St. Louis Kitchen restaurant located at 819 Kingshighway Blvd., within the City of St. Louis. On May 30, 2023, the Defendant participated with the co-defendants in the robbery of the store. During the incident, one of the defendants approached the victim, F.P. also known as "Randy" in the parking lot of the restaurant and demanded the bag F.P. was carrying. A struggle ensued and the defendant shot victim F. P. causing his death. The defendant then took the bag F.P. was carrying that contained proceeds from the restaurant. Another defendant then shot multiple times at the surviving victim, K.W., and struck him in the leg. All of the defendants escaped the scene with the bag containing the proceeds from the robbery in a silver, ford fusion.

3. The defendants are all charged with violent crimes, one of which carries a maximum penalty including death. Accordingly, the United States moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq. It is the government's position that the Defendant is a flight risk and a danger to the community.

4. Based on the statutory factors in 18 U.S.C. 3142(g), detention is appropriate in this case. Pursuant to Section 3142(g)(1), the nature and circumstances of this case are that the Defendant has been charged with a crimes of violence and firearms offenses. Pursuant to Section 3142(g)(2), the weight of the evidence against the Defendant, as summarized above, is strong.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney
Eastern District of Missouri

/s/ *Ashley M. Walker*
ASHLEY M. WALKER #67175MO
Assistant U.S. Attorney