UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cr-00355-SRC-1 |
| | ) | |
| RONNIE FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |

## Order

Ronnie Foster has four motions pending before the Court:  (1) a Motion to Dismiss the Superseding Indictment (Counts III and IV), doc. 260; (2) a Motion to Sever Defendant Ronnie Foster for a Separate Trial, doc. 261; (3) a Motion for Pretrial Disclosure of Victim K.W.'s Medical Records, doc. 262; and (4) a Motion for Pretrial Disclosure of D.T.K. Materials, doc. 263.

The Court referred Foster's motions to United States Magistrate Judge Joseph S. Dueker pursuant to 28 U.S.C. § 636(b).  *See* doc. 31.  On May 4, 2026, Judge Dueker issued a Report and Recommendation ("R&R"), recommending that the Court:  (1) deny as premature Foster's Motion to Dismiss, doc. 260; (2) deny as moot Foster's Motion to Sever, doc. 261; (3) deny as moot the portion of Foster's Motion for Pretrial Disclosure of K.W.'s medical records directed at the United States, doc. 262, but grant Foster a subpoena for records directly from providers upon application; and (4) deny as moot Foster's Motion for Pretrial Disclosure of materials related to D.T.K., doc. 263.  *See* doc. 312 at 3–7.  Judge Dueker advised Foster that he had 14 days, or until May 18, 2026, to file objections to the R&R.  *See id.* at 8.  Foster filed no objections.

Having reviewed the record, the Court agrees with Judge Dueker's conclusions. *See generally* doc. 312. Accordingly, the Court sustains, adopts, and incorporates Judge Dueker's [312] Report and Recommendation; denies as premature Foster's [260] Motion to Dismiss the Superseding Indictment (Counts III and IV); denies as moot Foster's [261] Motion to Sever Defendant Ronnie Foster for a Separate Trial; grants in part and denies in part Foster's [262] Motion for Pretrial Disclosure of Victim K.W.'s Medical Records, as explained above; and denies as moot Foster's [263] Motion for Pretrial Disclosure of D.T.K. Materials.

So ordered this 15th day of June 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE

2